**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **KELLY HUBBELL**, | Case No. 3:25-cv-00348-AR |
| Plaintiff, | **ORDER ADOPTING F&R IN FULL** |
| v. | |
| **SNOWFLAKE, INC.**, | |
| Defendant | |

Anne D. Foster, Samuel T. Smith, Jaimee R. King, & Matthew A. Clarkson, Smith Foster King LLC, 3330 NW Yeon Ave, Suite 240, Portland, OR 97210. Attorneys for Plaintiff

Lisa A. Shevlin, Jacqueline E. Houser, & Gilbert Cotto-Lazo, Littler Mendelson, P.C., Wells Fargo Tower, 1300 SW 5th Avenue, Suite 2050, Portland, OR 97201. Attorneys for Defendant.

**IMMERGUT, District Judge.**

On April 24, 2026, Magistrate Judge Armistead issued his Findings and Recommendation ("F&R"), ECF 37, recommending that Defendant Snowflake, Inc.'s Motion to Dismiss and Compel Arbitration, ECF 10, be denied. Defendant filed objections to the F&R, ECF 40, on May 8, 2026. Plaintiff filed a timely response, ECF 41.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

PAGE 1 – ORDER ADOPTING F&R IN FULL

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Armistead's F&R to which Defendant objected. Judge Armistead's F&R, ECF 37, is ADOPTED in full. Defendant's Motion to Dismiss and Compel Arbitration, ECF 10, is DENIED.

**IT IS SO ORDERED**.

DATED this 12th day of August 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge